# MINUTES

CASE NUMBER: CIVIL NO. 18-00449LEK-RT

CASE NAME: Suzanne Schott vs. Kathryn Matayoshi, Former Superintendent Dept. of Education, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi     REPORTER:

DATE: 03/06/2019     TIME:

COURT ACTION: EO: COURT ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND/OR MOTION TO DISMISS COMPLAINT FILED ON NOVEMBER 19, 2018

On February 27, 2019, Defendants Kathryn Matayoshi, William Arakaki, and Dominic Beralas ("Defendants") filed their Motion for Judgment on the Pleadings and/or Motion to Dismiss Complaint Filed on November 19, 2018 ("Motion"). [Dkt. no. 26.] The Motion is set for hearing on May 3, 2019 at 9:45 a.m. On March 4, 2019, Defendants' counsel submitted a letter to the Court requesting to change the hearing date due to a scheduling conflict. [Dkt. no. 29.]

Because oral argument would not assist the Court in its determination of the issues presented in the Motion, the Court finds this matter suitable for disposition without a hearing pursuant to Local Rule 7.2(d). The hearing on the Motion is therefore VACATED, and counsel's request is DENIED AS MOOT. Pro se Plaintiff Suzanne Schott's opposition to the Motion remains due on **April 12, 2019**, and Defendants' optional reply remains due on **April 19, 2019**. No other documents may be filed regarding the issues addressed in the Motion, unless the filing party obtains leave from this Court prior to filing.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager